AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

vs.

JAKIEL BAZART,
  a/k/a "Carolina", and
DENETRIA BARNES

CRIMINAL COMPLAINT

CASE NUMBER: 8:13-mj-1342-T-EAJ

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about August 2012 and continuing through at least May 20, 2013, in Hillsborough County, in the Middle District of Florida, the defendants did, conspire to wrongfully disclose HIPPA information, wrongful disclosure by conspiracy, wrongful disclosure of HIPPA information, fraud in connection with computers, access device fraud to wrongfully disclose of HIPPA information

in violation of Title 18, United States Code, Section 371; Title 42, United States Code, Section 1320d-6; Title 18, United States Code, Section 1030; and Title 18, United States Code, 1029(a)(3). I further state that I am a Special Agent with Internal Revenue Service, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Glenn B. Hayag, Special Agent

Sworn to before me and subscribed in my presence,

May 20, 2013        at        Tampa, Florida

ELIZABETH A. JENKINS
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

C:\Users\cmorgan\AppData\Local\Temp\notesBC4784\f_complaint.wpd

# AFFIDAVIT

I, Glenn B. Hayag, being first duly sworn, hereby depose and state as follows:

## I. BACKGROUND

I am a Special Agent of the Internal Revenue Service, Criminal Investigation (IRS-CI), assigned to the Tampa, FL, Post of Duty, Tampa Field Office. I have been a Special Agent of the IRS-CI since October 1995. I received training as a Special Agent at the Federal Law Enforcement Training Center in Brunswick, GA.

Prior to my training and experience as a Special Agent, I was an Internal Revenue Agent for five (5) years. I hold a Bachelor of Science Degree in Accounting from the Florida State University and have passed the Certified Public Accountant's (CPA) exam.

The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest and does not set forth all of my knowledge about this matter.

## II. OFFENDERS AND OFFENSES

Based on the information contained in this affidavit, probable cause exists to believe that:

Jakiel Bazart,
also known as "Carolina," and
Denetria Barnes

have committed, among others, the following federal offenses:

(1) Conspiracy, in violation of Title 18 U.S.C. §371; *To wrongfully disclose HIPPA information*

(2) Wrongful Disclosure of Individually Identifiable Hospital Information, in violation of Title 42, U.S.C. §1320d-6;

(3) Fraud in connection with Computers, in violation of Title 18 U.S.C. §1030;

(4) Access Device Fraud, in violation of Title 18 U.S.C. § 1029(a)(3).

Bazart and Barnes are involved in stealing the means of identification of others (names and Social Security Numbers) and selling them to individuals for the purpose of committing tax fraud.

### III. **PROBABLE CAUSE**

During the execution of a narcotics related search warrant on or about August 2012, by the Tampa Police Department (TPD), evidence of stolen identity refund fraud (SIRF) was seized. In SIRF cases, there are, broadly, four aspects to the fraud: (1) acquiring the means of identification necessary to file the false tax returns; (2) filing the false tax returns; and (3) obtaining the false refunds; and (4) converting and spending the fraudulently-obtained refunds. Sometimes one individual performs every part of the fraud but, more often, multiple individuals are involved, frequently performing different aspects of the fraud.

In reviewing and investigating the SIRF-related evidence, information was developed that indicated that a black male, going by the name "Carolina," sold and sells means of identification, that is, names and Social Security Numbers. Throughout the balance of this affidavit, such means of identification are referred to as personal identification information (PII). In the context of SIRF cases, the stolen PII acts as an access device, that is, it can be used alone or in conjunction with other information to obtain money by filing fraudulent tax returns.

Near the end of March 2013, TPD developed information from a confidential source (CS) that a black male, going by the name "Carolina," was selling PII. Investigation by law enforcement revealed that "Carolina's" first name was really "Jakiel" and that he drove a black Dodge Charger, bearing a South Carolina tag. The CS shared with TPD that "Carolina" had several names to sell and that the CS believed that the names were coming from a nursing home in Georgia.

A check with Hillsborough County Sheriff's Office (HCSO) identified "Carolina" as a black male named Jakiel Kelun Bazart, who was born on September 29, 1985. Bazart's last known address is 5525 Heaven Circle, Tampa, FL 33615.

On or about April 3, 2013, the CS advised that "Carolina" and his girlfriend, Denetria Barnes, along with another unknown black female, met, and "Carolina" stated he had fifteen (15) pages of patient PII to sell for $1,500.00. "Carolina" also stated that he had a "trash barrel" filled with patient PII. Later in the conversation, "Carolina" stated that his girlfriend, Barnes, was a nurse.

2

According to the CS, "Carolina" and Barnes both had access to patient names. "Carolina" and Barnes were going to sell PII together and share in the proceeds. However, when the first attempted meeting with a TPD-UCA was postponed, the CS directed Barnes to make contact with "her people."

On or about April 5, 2013, the CI had a three-way telephone conversation with Barnes and Detective Sal Augeri, TPD. Detective Augeri told Barnes his name was "Sal", and was willing to purchase the PII to use to file fraudulent tax returns. Subsequently, Barnes (TEL: (850) 284-6089) sent text messages directly to Detective Augeri. The following is an excerpt from the texts between Barnes and "Sal" on April 5, 2013:

Detective Augeri: U still got 25. 4. the stack and a half. ?

Denetria Barnes: Sure She can call me wst is her name and everything is still the same

Detective Augeri: K'Risha U seem to b legit. I got a good feelin we gonna all make sum good $$. How many u think u can get at 1 time if it all go good?

Denetria Barnes: I was just here thinkin the same thing. I can get u at least 30 to 40 each time and good ones at that

Detective Augeri: The dead ones don't work good anymore That sounds good. She call u mon.

Detective Augeri: Make sur u delete this from u phone

Denetria Barnes: Ok i got the other ones 2 . Have your gurl call me and we are still on.. And Ok i will

Detective Augeri: K

Denetria Barnes: I jus really hope this is nothing funny because u have alot 2 lose

Denetria Barnes: I have

On or about April 10, 2013, a TPD-UCA met with Barnes and exchanged $1,500 cash for approximately thirty (30) PII in the parking lot of Ideal Pharmacy located at 3314 W. Columbus Drive, Tampa, FL. Barnes provided three pages

of handwritten names, social security numbers, and dates of birth.

Upon the completion of the exchange of PII for cash, surveillance teams followed Barnes driving a gold Nissan Maxima, Florida tag E09-8WR. Barnes was followed to an apartment complex located at 8457 Sandstone Lake Drive, Tampa, FL. Surveillance teams were able to see Barnes enter an apartment numbered 202. A check with Tampa Electric confirmed that Barnes has resided at the address and apartment number since December 2012.

Subsequently, surveillance teams followed Barnes to another location that appeared to be her place of employment. Barnes was followed to Emerald Garden Assisted Living located at 2159 North McMullen Booth Rd. in Clearwater, FL.

Additionally, according to the CS, "Carolina" and Barnes had a little falling out. Barnes did not want "Carolina" to know that the deal the TPD-UCA went well. The CS stated that Barnes was getting greedy and did not want to share the proceeds with "Carolina." Barnes told the CS that she had only been dating "Carolina" for a couple of months.

The following is an excerpt from the texts between Barnes and "Sal" from April 15, 2013:

Denetria Barnes: Hi how r u..

Detective Augeri: Good. Trying to stay in the A/C. How u makin out wit those items?

Denetria Barnes: Me 2 its so hott... I have them ready

Detective Augeri: Xcellent. How many?

Denetria Barnes: I cant get u at at least 1

Detective Augeri: For how about 8 stacks ?

Denetria Barnes: I meant to say i can.. Nd yes 8 is good

Detective Augeri: 100 right?

Denetria Barnes: Yes 100

4

Detective Augeri: My girl. :) I will have K call u

Denetria Barnes: I told u i got u =) Ok..

Detective Augeri: U did. The other 1's were good. If u at a hospital I got a way 2 get 1000's from Medicaid

Denetria Barnes: Ya dese new ones are frm the hospital

Detective Augeri: I got a master password can't b traced 2 these small ones. Won't work at a big 1 like the big 1 in Tampa. Tampa General.

Denetria Barnes: Are they ok if they are from there??

Denetria Barnes: Foreal.. Well these ones i have now r frm TG all ages

Detective Augeri: Those are fine. The way to steal off Medicaid I can't do from a big hospital. If u work at Tampa we jus do it the way u do.

Denetria Barnes: Ok well i have them and they are ready for you guys

Detective Augeri: Ok. K ain't answered me yet

Denetria Barnes: Ok.. Can we do da 100 for 8.5 Please?!?!?

Detective Augeri: D wantin to break me down :) 8.25

Denetria Barnes: 8.25 is ok

Detective Augeri: Let me get these thru and we can do $100 a name afta. Needin 2 bankroll this.

Denetria Barnes: Ok thats fine.. I dont mine makin deals wit u. U cool wit me no problem

Detective Augeri: U cool with me. Plenty of $$$. We got 2 look out 4 each other.

Denetria Barnes: U are right nd i totally agree..

    The following is an excerpt from the texts between Barnes and "Sal" from April 16, 2013:

5

Detective Augeri: Did K call u?

Denetria Barnes: Yes she did

Detective Augeri: The ones u got last time u got those right? Did they come from Tampa general?

Denetria Barnes: Yes..

Detective Augeri: Did u get them cuz they were good

Denetria Barnes: All off a master copy i just rewrote them cus i need my master

Detective Augeri: O. But these gonna come from sum other woman. How do u know those r good

What's a master

Denetria Barnes: Ok i have 2 Main Sheets.. One frm TG nd One frm my job.. 20 were frm TG nd the rest my job

Denetria Barnes: I gave u guys a extra 5 I randomly picked the last ones..

Detective Augeri: Ok. But yours are good. U said u were gettin these 100 from some 1 else at Tampa G. R they good 1's to

Denetria Barnes: These are coming frm the same place as the others jus printed straight frm office comput

Detective Augeri::). U make me laugh. These. The 1 gettin these will they be good?

Denetria Barnes: Yes... They are good

Detective Augeri: Ok. I trust u. I hope u trust whoever got them for u. I'm spending a lot of $$$$

Denetria Barnes: I understand exactly what you are saying.. I plan to do alot of business with you so please trust and believe me that everything is ok..

Detective Augeri: Ok. I do. But these dudes that float me the up front $$ don't play if I don't get there $$ back quick. Serious.All these jus need 2 b good.

6

Denetria Barnes: The first ones were fine.. These will be also im not trying to play with your money im trying to b on your team =) Sheesh

Detective Augeri: Ok

On or about April 19, 2013, a TPD-UCA met with Barnes and exchanged $8,000 cash for approximately one hundred and four (104) PII in the parking lot of Idel Pharmacy located at 3314 W. Columbus Drive, Tampa, FL. Barnes provided one sheet of paper that contained a spreadsheet on the front and back. The spreadsheet contained the name, date of birth, social security number, address, city, state and zip code.

The following is an excerpt from the texts between Barnes and "Sal" from April 19, 2013:

Detective Augeri: If 80% of them go thru my people said we could do 30K for 400 names and socials. Then I gonna give u the other 10K off of those submissions from the new names.

Denetria Barnes: Yes!!!!! I have the 400 ready for u weneva ur ready.. Ok dats wats up

Detective Augeri: How many u seriously think u could sale at 1 time?

Denetria Barnes: 4..

Detective Augeri: Ok that would b good. K said u an intern. U in school 4 nurse.

Denetria Barnes: Yes.. Jus finishin up

Detective Augeri: Good 4 u. Don't leave Tampa gen. 2 much $$$ 2 walk away from. :)

Denetria Barnes: I kno rite =)

Detective Augeri: I get with u next week

Denetria Barnes: Ok thats fine jus let me kno wat day

Detective Augeri: Outa all the people K gettin names from u got no drama like these other fools

7

Denetria Barnes: I am not with all the bull.. I told u i got 2 much 2 lose

Detective Augeri: But we gonna gain a lot. Time 4 me 2 drink

Denetria Barnes: Good Lol.. Have a good nite

Detective Augeri: Thanks. U 2.

    According to the texts, Barnes stated that she is employed at Tampa General Hospital as an intern medical assistant. At night, Barnes worked at an assisted living facility called Emerald Garden Assisted Living Facility. As evidenced by her texts, Barnes has access to various computers at both facilities. Based upon Barnes' texts, she apparently has unrestricted access to various lists of PII.

    According to the CS, Bazart, also known as "Carolina," had twenty-five (25) PII that he needed to sell immediately. The CS believed that the source of PII was different from where Barnes was getting her PII. On or about April 23, 2013, an IRS-UCA met with Bazart at the Wal-Mart parking lot located at 1505 N. Dale Mabry Highway, Tampa, FL. The IRS-UCA exchanged $2,500 cash for twenty-five (25) PII from Barnes. Bazart provided one sheet of paper with handwritten names, social security numbers, and dates of birth. Although I am not an expert in handwriting, based on my training and experience, the handwriting appears to be very similar to the first list of PII provided by Barnes on or about April 10, 2013. This appears to confirm that Bazart and Carolina are still working together, selling PII to those intending to file fraudulent tax returns.

    During the conversation, Bazart told the IRS-UCA that he has a contact at a local hospital, Town and Country Hospital, where he was formerly employed. Bazart claimed he knows the computer programs at the hospital, and claimed that he can get anyone's records. He can pull up the name, social security number, date of birth, and addresses just by entering a first letter of any last name. Bazart stated he only took the names of people that had been at the hospital for a long time because he knows that those people will not file tax returns. Bazart reasoned that, since they didn't work, these people did not to file tax returns. Bazart told the IRS-UCA that obtaining and providing PII was "his business." Bazart claimed he has PII in "trash cans."

    Bazart mentioned to the IRS-UCA that he and his "partner" had a falling out, but all is good now. Bazart said his "partner" sold twenty-five (25) PII for $1,500 cash. The IRS-UCA asked if these twenty-five (25) PII was the same his "partner" sold before, but Bazart replied that would he never do that. Bazart claimed these twenty-five (25) PII were different.

8

On or about May 13, 2013, Bazart was arrested on an outstanding warrant from the TPD for driving with a suspended license by HCSO. Bazart was arrested at the Motel 6, Room 216, located at 333 E. Fowler Avenue, Tampa, FL. When arrested, Bazart claimed to be a receptionist at Town and Country Hospital. Bazart subsequently bonded out later that day.

After reviewing the lists of PII purchased from Bazart and Barnes, there was one similar name provided by both. The name appeared on the sheets of paper provided by Barnes on or about April 10, 2013, and the sheets of paper provided by Bazart on or about April 23, 2013.

Finally, we anticipate executing this criminal complaint in conjunction with another purchase of PII from Barnes in a "buy-bust" operation on May 21, 2013, or May 22, 2013.

## IV. CONCLUSION

Based upon the above facts and circumstances, probable cause exists to believe that Jakiel Bazart, also known as "Carolina," and Denetria Barnes committed the following violations: (1) Conspiracy, in violation of Title 18 U.S.C. §371; (2) Wrongful Disclosure of Individually Identifiable Hospital Information, in violation of Title 42, U.S.C. §1320d-6; (3) Fraud in connection with Computers, in violation of Title 18 U.S.C. §1030; and Access Device Fraud, in violation of Title 18 U.S.C. § 1029(a)(3).

Glenn B. Hayag, Special Agent
Internal Revenue Service, Criminal Investigation

Subscribed and sworn to before me this _21st_ day of May, 2013.

ELIZABETH A. JENKINS
United States Magistrate Judge